| | |
|---|---|
| 1 | JOHN C. CRUDEN<br>Acting Assistant Attorney General |
| 2 | Environment and Natural Resources Division<br>U.S. Department of Justice |
| 3 | LORI JONAS (Bar # 158268)<br>Senior Attorney |
| 4 | Environmental Enforcement Section<br>P.O. Box 7611 |
| 5 | Washington, D.C. 20044<br>(202) 514-4080 (telephone); (202) 514-2583 (facsimile) |
| 6 | |
| 7 | JOSEPH P. RUSSONIELLO (Bar # 44332)<br>United States Attorney<br>Northern District of California |
| 8 | CHARLES O'CONNOR (Bar # 56320)<br>Assistant United States Attorney |
| 9 | 450 Golden Gate Avenue, 9th Floor<br>San Francisco, CA 94102 |
| 10 | (415) 436-7180 (telephone); (415) 436-76748 (facsimile) |
| 11 | Attorneys for Plaintiff United States |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE PEOPLE OF THE STATE OF CALIFORNIA *ex rel.* CALIFORNIA STATE WATER RESOURCES CONTROL BOARD, and CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,<br><br>Plaintiffs,<br><br>v.<br><br>EAST BAY MUNICIPAL UTILITY DISTRICT<br><br>Defendant. | CASE NO. C 09-0186 CW<br><br>STIPULATION AND ORDER VACATING STIPULATED <u>ORDER FOR PRELIMINARY RELIEF</u> |

On January 15, 2009, plaintiffs filed a Complaint and a Notice of Lodging, and lodged with the Court a proposed Stipulated Order for Preliminary Relief in the above captioned case.

On February 9, 2009, the Court signed and entered the said Stipulated Order for Preliminary Relief (also referred to hereafter as "Stipulated Order"). However, as set forth in the Notice of Lodging, pursuant to 28 C.F.R. § 50.7, the plaintiff United States is required to publish notice of lodging the Stipulated Order in the Federal Register and accept public comment on the proposed Stipulated Order for a period of thirty days before requesting entry of the

1  Stipulated Order.  After publication of the prescribed notice in the Federal Register, the United
2  States is to inform the Court of its views regarding any comments that may be received and, if it
3  believes that entry of the proposed Stipulated Order remains warranted, the United States will at
4  that time move the Court for entry of the proposed Stipulated Order.
5      Notice of the lodging of the Stipulated Order was published in the Federal Register on
6  January 27, 2009, and comments will be received until February 27, 2009.
7      NOW THEREFORE, IT IS HEREBY STIPULATED by the United States and the
8  defendant East Bay Municipal Utility District, that the Stipulated Order for Preliminary Relief,
9  entered on February 9, 2009, shall be vacated until such time as the required period for public
10 comments is at an end, and the United States informs the Court of its views regarding any such
11 comments and moves the Court for appropriate action.

12     Respectfully submitted,

14     JOHN C. CRUDEN
    Acting Assistant Attorney General
    Environment and Natural Resources
15      Division
    U.S. Department of Justice

17     LORI JONAS
    Senior Attorney
    Environmental Enforcement Section
18     Environment and Natural Resources
     Division
19     U.S. Department of Justice
    P.O. Box 7611
20     Washington, D.C.  20044
    (202) 514-4080

22     JOSEPH P. RUSSONIELLO
    United States Attorney
    Northern District of California

24     /s/
DATED: February 24, 2009    _____
25     CHARLES O'CONNOR
    Assistant United States Attorney
26     450 Golden Gate Avenue, 9th Floor
    San Francisco, CA 94102
27     (415) 436-7180

28     Attorneys for the United States of America

Stipulation & Order Vacating Stipulated Order for Preliminary Relief
C 09-0186 CW    - 2 -

EDMUND G. BROWN, JR.
Attorney General of the State of California

DATED: February 24, 2009

/s/
_____
JOHN DAVIDSON
Supervising Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 703-5480

BARG COFFIN LEWIS &TRAPP, LLP

DATED: February 24, 2009

/s/
_____
BRIAN S. HAUGHTON, ESQ.
350 California Street, 22nd Floor
San Francisco, CA 94104-1435
(415) 228-5400

Attorneys for East Bay Municipal Utility District

**ORDER**

IT IS SO ORDERED.   The Stipulated Order for Preliminary Relief is hereby vacated.

DATED: February 25, 2009

_____
CLAUDIA WILKEN
United States District Judge

Stipulation & Order Vacating Stipulated Order for Preliminary Relief
C 09-0186 CW                                          - 3 -