JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice
LORI JONAS (Bar # 158268)
Senior Attorney
Environmental Enforcement Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-4080 (telephone); (202) 514-2583 (facsimile)

JOSEPH P. RUSSONIELLO (Bar # 44332)
United States Attorney
Northern District of California
CHARLES M. O'CONNOR (Bar # 56320)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
(415) 436-7180 (telephone); (415) 436-76748 (facsimile)

Attorneys for Plaintiff United States

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE PEOPLE OF THE STATE OF CALIFORNIA *ex rel.* CALIFORNIA STATE WATER RESOURCES CONTROL BOARD, and CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,<br><br>  Plaintiffs,<br><br>  v.<br><br>EAST BAY MUNICIPAL UTILITY DISTRICT<br><br>  Defendant. | CASE NO. C 09-0186 CW<br><br>STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Date: July 7, 2009<br>Time: 2:00 p.m.<br><br>Courtroom: No. 2 |

A case management conference is scheduled in the above-captioned action for July 7, 2009. For the reasons stated below, the parties stipulate that the case management conference be continued and ask the Court to continue it for sixty (60) days.

On January 15, 2009, plaintiffs filed a Complaint and a Notice of Lodging, and lodged with the Court a proposed Stipulated Order for Preliminary Relief in the above captioned case.

Pursuant to 28 C.F.R. § 50.7, the plaintiff United States was required to publish notice of lodging the Stipulated Order in the Federal Register and accept public comment on the proposed

1  Stipulated Order for a period of thirty days before requesting entry of the Stipulated Order.

2  Thereafter, on January 27, 2009, the United States caused notice of the lodging of the Stipulated

3  Order to be published in the Federal Register, and comments were received until February 27,

4  2009.   After publication of the prescribed notice in the Federal Register and receipt of

5  comments, the United States is to inform the Court of its views regarding any comments that are

6  received and, if it believes that entry of the proposed Stipulated Order remains warranted.  The

7  United States has now evaluated the comments and expects to inform the Court of its views and

8  move for entry of the proposed Stipulated Order within three weeks of the date this stipulation is

9  signed.

10  Because the undersigned parties expect that the Stipulated Order will be submitted to the

11  Court for entry within three weeks, they believe that further litigation will not be necessary at

12  this time and proceeding with the case management conference on July 7, 2009, would waste the

13  time and resources of both the Court and the parties.

14  NOW THEREFORE, IT IS HEREBY STIPULATED by and among the parties, through

15  their undersigned counsel, that the case management conference set for July 7, 2009, be

16  continued for sixty (60) days.

Respectfully submitted,

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources
 Division
U.S. Department of Justice

LORI JONAS
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources
 Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C.  20044
(202) 514-4080

//

Stipulation and Order Continuing Case Management Conference
C 09-0186 CW

- 2 -

|   |   |
|---|---|
|   | JOSEPH P. RUSSONIELLO<br>United States Attorney<br>Northern District of California |
| DATED: June 16, 2009 | /s/<br>―――――――――――――<br>CHARLES M. O'CONNOR<br>Assistant United States Attorney<br>450 Golden Gate Avenue, 9th Floor<br>San Francisco, CA 94102<br>(415) 436-7180 |
|   | Attorneys for the United States of America |
|   | EDMUND G. BROWN, JR.<br>Attorney General of the State of California |
| DATED: June 16, 2009 | /s/<br>―――――――――――――<br>JOHN DAVIDSON<br>Supervising Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br>(415) 703-5480 |
|   | Attorneys for the State of California |
|   | BARG COFFIN LEWIS &TRAPP, LLP |
| DATED: June 16 ,2009 | /s/<br>―――――――――――――<br>KATHRYN L. OEHLSCHLAGER<br>350 California Street, 22nd Floor<br>San Francisco, CA 94104-1435<br>(415) 228-5400 |
|   | Attorneys for East Bay Municipal Utility District |

## ORDER

IT IS SO ORDERED. Based upon the foregoing stipulation, signed on behalf of all parties to this action, the case management conference scheduled for July 7, 2009, is hereby continued until **September 15, 2009, at 2:00 p.m.**

DATED: June 19, 2009

*/s/ Claudia Wilken*
―――――――――――――
CLAUDIA WILKEN
United States District Judge

Stipulation and Order Continuing Case Management Conference
C 09-0186 CW

- 3 -