JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice
LORI JONAS (Bar # 158268)
Senior Attorney
Environmental Enforcement Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-4080 (telephone); (202) 514-2583 (facsimile)

JOSEPH P. RUSSONIELLO (Bar # 44332)
United States Attorney
Northern District of California
CHARLES O'CONNOR (Bar # 56320)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
(415) 436-7180 (telephone); (415) 436-76748 (facsimile)

Attorneys for Plaintiff United States

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE PEOPLE OF THE STATE OF CALIFORNIA *ex rel.* CALIFORNIA STATE WATER RESOURCES CONTROL BOARD, and CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,<br><br>Plaintiffs,<br><br>v.<br><br>EAST BAY MUNICIPAL UTILITY DISTRICT<br><br>Defendant. | CASE NO. C 09-0186 CW<br><br>STIPULATION AND ORDER AMENDING STIPULATED ORDER FOR PRELIMINARY RELIEF |

On January 15, 2009, plaintiffs filed a Complaint and a Notice of Lodging, and lodged with the Court a proposed Stipulated Order for Preliminary Relief in the above captioned case.

Today, the United States is filing its unopposed Motion to Enter the Stipulated Order. Concurrent with the Entry of the Stipulated Order by the Court, the parties ask the Court to sign this stipulation amending one provision of the existing language, as set forth below. The reason for this amendment is set forth in the United States Motion to Enter the Stipulated Order.

Paragraph 50 of the Stipulated Order is amended to read as follows:

"Within 90 days of submission to EPA and the Regional Water Board of any Deliverable except the FMLR, EPA, following consultation with the Regional Water Board, shall, in writing: (a) approve the Deliverable, (b) approve the Deliverable with conditions, (c) approve part of the Deliverable and disapprove the remainder, or (d) disapprove the Deliverable. If EPA does not do one of these four things within the 90-day period, EBMUD shall have the right to invoke the procedures set forth in Section X (Dispute Resolution).  With regard to the FMLR, no sooner than 120 days and no later than 130 days after submission of the FMLR to EPA and the Regional Water Board, EPA, following consultation with the Regional Water Board, shall, in writing: (a) approve the FMLR, (b) approve the FMLR with conditions, (c) approve part of the FMLR and disapprove the remainder, or (d) disapprove the FMLR. If EPA does not do one of these four things within the 130-day period, EBMUD shall have the right to invoke the procedures set forth in Section X (Dispute Resolution).  EPA and the Regional Water Board shall use their best efforts to timely respond to any Deliverable as provided for by this Paragraph and promptly communicate with EBMUD at such time as they become aware of any constraint on timely response to a Deliverable."

NOW THEREFORE, IT IS HEREBY STIPULATED by the United States and the defendant East Bay Municipal Utility District, that the Stipulated Order for Preliminary Relief is amended as set forth above.

Respectfully submitted,

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources
 Division
U.S. Department of Justice

Stipulation & Order [Proposed] Amending
Stipulated Order for Preliminary Relief
C 09-0186 CW

| | |
|---|---|
| DATED: June 24, 2009 |   /s/ Lori Jonas<br>LORI JONAS<br>Senior Attorney<br>Environmental Enforcement Section<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044<br>(202) 514-4080 |
| | JOSEPH P. RUSSONIELLO<br>United States Attorney<br>Northern District of California |
| | CHARLES O'CONNOR<br>Assistant United States Attorney<br>450 Golden Gate Avenue, 9th Floor<br>San Francisco, CA 94102<br>(415) 436-7180 |
| | Attorneys for the United States of America |
| | EDMUND G. BROWN, JR.<br>Attorney General of the State of California |
| DATED: June 24, 2009 |   /s/ John Davidson<br>JOHN DAVIDSON<br>Supervising Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102<br>(415) 703-5480 |
| | Attorneys for the State of California |
| | BARG COFFIN LEWIS &TRAPP, LLP |
| DATED: June 24, 2009 |    /s/ Brian S. Haughton<br>BRIAN S. HAUGHTON<br>350 California Street, 22nd Floor<br>San Francisco, CA 94104-1435<br>(415) 228-5400 |
| | Attorneys for East Bay Municipal Utility District |

Stipulation & Order [Proposed] Amending
Stipulated Order for Preliminary Relief
C 09-0186 CW

- 3 -

1                                    ORDER

2        IT IS SO ORDERED.   The Stipulated Order for Preliminary Relief is hereby so

3 amended.

4

5 DATED: ____6/29____, 2009                    /s/ Claudia Wilken
                                               _____
6                                              CLAUDIA WILKEN
                                               United States District Judge

7

Stipulation & Order [Proposed] Amending
Stipulated Order for Preliminary Relief
C 09-0186 CW

- 4 -