1  JOHN C. CRUDEN
   Acting Assistant Attorney General
2  Environment and Natural Resources Division
   U.S. Department of Justice
3  LORI JONAS (Bar # 158268)
   Senior Attorney
4  Environmental Enforcement Section
   P.O. Box 7611
5  Washington, D.C. 20044
   (202) 514-4080 (telephone); (202) 514-2583 (facsimile)
6
   JOSEPH P. RUSSONIELLO (Bar # 44332)
7  United States Attorney
   Northern District of California
8  CHARLES O'CONNOR (Bar # 56320)
   Assistant United States Attorney
9  450 Golden Gate Avenue, 9th Floor
   San Francisco, CA 94102
10 (415) 436-7180 (telephone); (415) 436-76748 (facsimile)

11      Attorneys for Plaintiff United States

12                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
13                            OAKLAND DIVISION

14 UNITED STATES OF AMERICA, and      ) CASE NO.  C 09-0186 CW
   THE PEOPLE OF THE STATE OF         )
15 CALIFORNIA *ex rel.* CALIFORNIA    )
   STATE WATER RESOURCES              )
16 CONTROL BOARD, and CALIFORNIA      )
   REGIONAL WATER QUALITY             )
17 CONTROL BOARD, SAN FRANCISCO       )
   BAY REGION,                        ) STIPULATION AND ORDER
18                                    ) HOLDING IN ABEYANCE ALL
                                      ) LITIGATION DEADLINES AND
19         Plaintiffs,                ) VACATING SEPTEMBER 15, 2009
              v.                      ) CASE MANAGEMENT
20                                    ) CONFERENCE
   EAST BAY MUNICIPAL UTILITY         )
21 DISTRICT                           )
                                      )
22         Defendant.                 )
   _____)
23
           On July 22, 2009, the Court entered the Stipulated Order for Preliminary Relief in this
24
   case.  The Stipulated Order provides for a number of measures that East Bay Municipal Utility
25
   District (EBMUD) must take to begin to curtail discharges from its wet weather facilities.  These
26

27 Stipulation & Order Holding in Abeyance
   All Litigation Deadlines and Vacating September 15, 2009
28  Case Management Conference C 09-0186 CW

1  include data gathering, analysis and other work.  The Stipulated Order is not, however, a final
2  remedy in that the measures specified will not alone prevent future discharges.  Rather, as
3  explained in detail in the Motion to Enter, the government plaintiffs will review the work done
4  under this Order and will either submit a further settlement document to the Court or utilize other
5  enforcement options.  Since the flows at issue in this matter originate in the collection systems of
6  satellite communities, those entities will need to be involved in the ultimate remedy, even though
7  they are not presently before the Court.

8  The activities, discussed in great detail in the Motion to Enter, will take approximately
9  three years to complete, although there are interim deliverables that begin to become due within
10 the first year and there is an annual report due August 31 of each year.  As long as EBMUD is
11 diligent in its efforts under the Order, there is no reason to proceed with the litigation while these
12 efforts are being undertaken.  The plaintiffs are hopeful that a future settlement of the entire case
13 will be ultimately be achieved without the need for discovery, motion practice or trial.  Because
14 of this unusual posture, we seek the Court's approval of this stipulation to hold in abeyance all
15 litigation deadlines in the case and to vacate the currently scheduled case management
16 conference set for September 15, 2009.  We propose to file with the Court semi-annual status
17 reports on the progress under the Order, with the first report due January 15, 2010.  When the
18 activities under this Order are drawing to a close, the parties will schedule a case management
19 conference with the Court to decide how to proceed with the litigation.

20 NOW THEREFORE, IT IS HEREBY STIPULATED by the United States;the
21 State of California; the Intervenor Plaintiffs, San Francisco Baykeeper and Our Children's Earth
22 Foundation; and the defendant East Bay Municipal Utility District, that:
23 (1) all litigation deadlines in this case are held in abeyance pending further order of the
24      Court;
25 (2) the case management conference set for September 15, 2009 is vacated;

26
27 Stipulation & Order Holding in Abeyance
   All Litigation Deadlines and Vacating September 15, 2009
    Case Management Conference C 09-0186 CW
28                                      - 2 -

Case 3:09-cv-00186-RS   Document 29   Filed 08/17/09   Page 3 of 4

1  (3)  the parties will submit joint status reports to the Court semi-annually beginning on

2      January 15, 2010; and

3  (4)  the parties will alert the Court when the activities under the Stipulated Order are

4      complete and shall seek a case management conference at that time.

                                               Respectfully submitted,

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources
 Division
U.S. Department of Justice

DATED:       8/5/09                    /s/  Lori Jonas
                                               LORI JONAS
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources
 Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C.  20044
(202) 514-4080

JOSEPH P. RUSSONIELLO
United States Attorney
Northern District of California

CHARLES O'CONNOR
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
(415) 436-7180

                                                   Attorneys for the United States of America

EDMUND G. BROWN, JR.
Attorney General of the State of California

DATED:       8/5/09                    /s/ John Davidson
                                               JOHN DAVIDSON
Supervising Deputy Attorney General

Stipulation & Order Holding in Abeyance
All Litigation Deadlines and Vacating September 15, 2009
 Case Management Conference C 09-0186 CW

- 3 -

```
```

455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 703-5480

    Attorneys for the State of California

DATED: 8/5/09     /s/ Christopher A. Sproul
            CHRISTOPHER A. SPROUL
            Environmental Advocates
            5135 Anza Street
            San Francisco, CA 94121
            (415) 533-3376

            Attorney for San Francisco Baykeeper and Our Children's Earth Foundation

BARG COFFIN LEWIS &TRAPP, LLP

DATED: 8/5/09     /s/  Brian S. Haughton
            BRIAN S. HAUGHTON
            350 California Street, 22nd Floor
            San Francisco, CA 94104-1435
            (415) 228-5400

            Attorneys for East Bay Municipal Utility District

## ORDER

The Stipulation agreed to herein IS SO ORDERED.

DATED: 8/17, 2009       /s/ Claudia Wilken
            CLAUDIA WILKEN
            United States District Judge

Stipulation & Order Holding in Abeyance
All Litigation Deadlines and Vacating September 15, 2009
Case Management Conference C 09-0186 CW

- 4 -