JYLANA D. COLLINS (SBN: 107949)
VERONICA Y. FAUNTLEROY (SBN: 111506)
CRAIG S. SPENCER (SBN: 78277)
East Bay Municipal Utility District
375 Eleventh Street, P.O. Box 24055
Oakland, CA 94607-4240
Telephone:    (510) 287-0174
Facsimile:    (510) 287-0162

BRIAN S. HAUGHTON (SBN: 111709)
DONALD E. SOBELMAN (SBN: 184028)
KATHRYN L. OEHLSCHLAGER (SBN: 226817)
Barg Coffin Lewis & Trapp, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone:    (415) 228-5400
Facsimile:    (415) 228-5450

Attorneys for Defendant East Bay
Municipal Utility District

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA *ex rel.* CALIFORNIA STATE WATER RESOURCES CONTROL BOARD and CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,<br><br>Plaintiffs,<br><br>v.<br><br>EAST BAY MUNICIPAL UTILITY DISTRICT,<br><br>Defendant. | Case No. CV 09-00186 CW<br><br>**JOINT STATUS REPORT**<br>_____<br><br>Complaint Filed: January 15, 2009<br><br>Honorable Claudia Wilken |

Pursuant to this Court's August 17, 2009 Stipulation and Order Holding in Abeyance All Litigation Deadlines and Vacating September 15, 2009 Case Management Conference, the United States; the State of California; the Intervenor Plaintiffs, San Francisco Baykeeper and Our Children's Earth Foundation; and the defendant, East Bay Municipal Utility District (EBMUD) (collectively, the "Parties"), submit this Joint Status Report to apprise the Court of the Parties'

progress toward completing the tasks set forth in the July 22, 2009 Stipulated Order for Preliminary Relief (the "Stipulated Order").  Tasks required by the Stipulated Order, and respective deadlines, are summarized below.

| Requirement and Location in the Stipulated Order | Deadline for Completion | Status |
|---|---|---|
| **SECTION V(A):  FLOW MONITORING/DATA ASSESSMENT** | | |
| EBMUD to submit a Flow Monitoring/Data Assessment Program to EPA and the Regional Water Board for approval.  (¶20) | 2/17/2010 (within 210 days after the Effective Date[1]). (¶20) | EBMUD anticipates submitting the Flow Monitoring/Data Assessment Program to EPA and the Regional Water Board on or before 2/17/2010. |
| EBMUD to conduct a workshop to which Plaintiffs and each of the Satellites are invited where EBMUD presents the draft Flow Monitoring/Data Assessment Program and solicits comments. (¶20). | 1/18/2010 (at least 30 days prior to submission of the Flow Monitoring/Data Assessment Program to EPA and the Regional Water Board, in order to allow time for comments prior to 2/17/2010 deadline) (¶20) | EBMUD conducted this workshop (to which Intervenors were also invited) on 10/26/2009. The comment period ran from 10/26/2009 to 11/25/2009. |
| EBMUD to install flow monitoring devices. | 12/1/2009 (¶21) | EBMUD reports that it completed installation of the flow monitoring devices by 12/01/2009. |
| **SECTION V(B):  FLOW MODELING AND LIMITS REPORT (FMLR)** | | |
| EBMUD to submit the FMLR to EPA and the Regional Water Board for review and approval. (¶27) | 12/31/2011 (¶ 27) | EBMUD anticipates submitting the FMLR to EPA and the Regional Water Board on or before 12/31/2011. |
| EBMUD to conduct a workshop to which Plaintiffs and each of the Satellites are invited where EBMUD presents the draft FMLR and solicits comments.  (¶ 27). | At least 30 days prior to submission of the FMLR to EPA and the Regional Water Board, in order to allow time for comments prior to 12/31/2011 deadline(no later than 12/1/2011).  (¶27) | EBMUD anticipates completing the workshop within the designated timeframe. |

---

[1] Pursuant to paragraph 19 of the Stipulated Order, the Effective Date is July 22, 2009.

| SECTION V(C):  REGIONAL PRIVATE SEWER LATERAL INSPECTION AND REPAIR OR REPLACEMENT PROGRAM | | |
|---|---|---|
| EBMUD to adopt a Regional Private Sewer Lateral Ordinance (the "Regional Ordinance") setting standards for the performance of lateral sewer pipes that extend from privately owned structures to the Satellites' collection systems. | 3/19/2010 (within 240 days after the Effective Date). | EBMUD anticipates adopting the Regional Ordinance on or before 3/19/2010. |
| EBMUD to make written requests for cooperation to the Cities of Alameda, Albany, Berkeley, El Cerrito, Emeryville, Oakland, Piedmont, and Richmond and the Counties of Alameda and Contra Costa and Stege Sanitary District.  (¶31) | Within 30 days after the Regional Ordinance's effective date. (¶31) | EBMUD anticipates making the required requests for cooperation within the designated timeframe. |
| EBMUD to submit a draft Private Lateral Incentive Program Work Plan ("PLIPWP") to EPA and the Regional Water Board for review and comment.  (¶32). | 1/19/2010 (within 180 days of the Effective Date).  (¶¶19 and 32) | EBMUD anticipates submitting the PLIPWP on or before 1/19/2010. |
| EBMUD to conduct a workshop to which Plaintiffs and each of the Satellites are invited where EBMUD presents the draft PLIPWP and solicits comments.  (¶32) | Within 30 days after submitting the draft PLIPWP to EPA and the Regional Water Board. (¶32) | EBMUD anticipates conducting the required workshop within the designated timeframe. |
| EBMUD to submit a final PLIPWP to EPA and the Regional Water Board for approval as provided in Section VII.  (¶32) | Within 60 days after the Regional Ordinance's adoption, and at least 30 days after the workshop at which the PLIPWP is presented, to allow sufficient time for comments. (¶32) | EBMUD anticipates submitting the final PLIPWP to EPA and the Regional Water Board within the designated timeframe. |
| EBMUD to comply with the Required Spend requirement of Paragraph 33. | Annually as of the anniversary of the Required Spend Start Date, defined as the later of (i) the date the PLIPWP is approved and (ii) the date any PLIPWP Dispute Resolution is complete. (¶35) | EBMUD anticipates complying with the Required Spend requirement within the designated timeframe. |

| | | |
|---|---|---|
| EBMUD to make written requests to the Permitting Agencies and Stege Sanitary District to provide annual reports including the tracking information prescribed in the PLIPWP pursuant to paragraph 32. (¶36) | Within 30 days after approval of the final PLIPWP. (¶36) | EBMUD anticipates making the required written requests within the designated timeframe. |

**SECTION V(D):  ASSET MANAGEMENT AND INTERIM OPERATION**

| | | |
|---|---|---|
| EBMUD to submit an Interceptor System Asset Management Work Plan ("ISAMWP") to EPA and the Regional Water Board for approval. (¶38) | 2/17/2010 (within 210 days after the Effective Date). (¶38) | EBMUD anticipates submitting the ISAMWP to EPA and the Regional Water Board on or before 2/17/2010. |
| EBMUD to conduct a workshop to which Plaintiffs and each of the Satellites are invited where EBMUD presents a draft ISAMWP and solicits comments. (¶38) | At least 30 days prior to submission of the ISAMWP to EPA and the Regional Water Board, in order to allow time for comments prior to 2/17/2010 deadline (no later than 1/18/2010). (¶38) | EBMUD conducted the workshop (to which Intervenors were also invited) on 12/02/2009. The comment period ran from 12/02/2009 to 1/04/2010. |
| EBMUD to make written requests asking the Satellites to meet to discuss and provide input into EBMUD's preparation of a Collection System Asset Management Template (the "Template"). (¶39) | 12/17/2009 (within 120 days after the Effective Date). (¶39) | EBMUD made the written requests on 11/10/2009. |
| EBMUD to provide the Satellites and EPA and the Regional Water Board with a written final draft of the Template and afford the Satellites 90 days to provide written comments. (¶39) | At the last of at least 6 meetings over an 18-month period to discuss the Template. (¶39) | EBMUD anticipates providing the written final draft at the final meeting and affording at least 90 days for comments. |
| EBMUD to submit the Template, together with all written comments received from the Satellites and any responses by EBMUD, to EPA and the Regional Water Board. (¶39) | Within four months after the end of the comment period on the Template. (¶39) | EBMUD anticipates submitting the Template, with comments and responses, within the designated timeframe. |
| EBMUD to hold a workshop (to which Plaintiffs and Satellites are invited) to make a presentation on and receive comments regarding the WWFs' operating procedures. (¶40) | 1/19/2010 (within 180 days of the Effective Date). (¶40) | EBMUD has scheduled this workshop (and also invited Intervenors) for 1/19/2010. |

| | | |
|---|---|---|
| EBMUD to submit to EPA and the Regional Water Board all written comments provided regarding WWFs' operating procedures following the workshop, as well as any EBMUD responses. (¶40) | Within 60 days after the workshop. (¶40) | EBMUD anticipates submitting the comments and responses within the designated timeframe. |

**SECTION V(E):  CONDITIONAL ASSUMPTION OF RESPONSIBILITY FOR COLLECTION SYSTEMS**

| | | |
|---|---|---|
| EBMUD to provide notice to the governing bodies of each of the Satellites of its willingness to enter into negotiations concerning undertaking the operation of each Satellite's collection system. (¶42) | 8/21/2009 (no later than 30 days after the Effective Date). (¶42) | EBMUD provided notice on 8/21/2009. |

**SECTION VI:  ANNUAL REPORTING REQUIREMENTS**

| | | |
|---|---|---|
| EBMUD to submit to Plaintiffs an annual progress report. (¶43) | 8/31/2010 and every succeeding August 31 during the life of the Stipulated Order. (¶43) | EBMUD anticipates timely submitting annual progress reports. |
| EBMUD to submit an ISAMWP update to EPA and the Regional Water Board for approval. (¶47) | Concurrently with the annual report. (¶47) | EBMUD anticipates timely submitting annual ISAMWP updates. |
| EBMUD to convene a workshop to discuss the work performed in the past year and plans for the work to be performed in the coming year. (¶49) | No less than 60 days after submission of each annual report, with at least 30 days advance notice. (¶49) | EBMUD anticipates timely convening the required annual workshops. |
| EBMUD to provide all comments on the annual report, along with any EBMUD responses, to Plaintiffs. (¶49) | Within 60 days after the workshop. (¶49) | EBMUD anticipates submitting the comments and responses to Plaintiffs within the designated timeframe. |

1  Dated:  January 15, 2010          JOSEPH P. RUSSONIELLO

2                                    CHARLES MICHAEL O'CONNOR
                                     United States Attorney's Office
3                                    Northern District of California

4

5                                    By:_____/s/_____
                                          PATRICIA L. HURST
6                                    Attorneys for Plaintiff United States of America

7

8  Dated:  January 15, 2010          EDMUND G. BROWN, JR.
                                     Attorney General of the State of California
9

10

11                                   By: _____/s/_____
                                          JOHN DAVIDSON
12                                   Attorneys for Plaintiff State of California

13

14
   Dated:  January 15, 2010          CHRISTOPHER A. SPROUL
15                                   Environmental Advocates

16

17                                   By: _____/s/_____
                                          CHRISTOPHER A. SPROUL
18                                   Attorneys for San Francisco Baykeeper and
                                     Our Children's Earth Foundation
19

20  Dated:  January 15, 2010         BRIAN S. HAUGHTON
                                     DONALD E. SOBELMAN
21                                   KATHRYN L. OEHLSCHLAGER
                                     BARG COFFIN LEWIS & TRAPP, LLP
22

23                                   By: _____/s/_____
                                          BRIAN S. HAUGHTON
24
                                     Attorneys for Defendant East Bay Municipal Utility District
25

26

27

28

1

## PROOF OF SERVICE BY ELECTRONIC FILING/SERVICE

2        I, Joan F. Flaherty, declare that I am over the age of eighteen years and not a party to this

3    action. I am an employee of Barg Coffin Lewis & Trapp, LLP ("the Firm") and my business

4    address is 350 California Street, 22nd Floor, San Francisco, California 94104-1435.

5        On January 15, 2010, I served the following document(s) in this cause:

6

## JOINT STATUS REPORT

7        I caused said document(s) to be Electronically Filed and Served through the CourtLink

8    system for the above-entitled case to those parties on the Service List maintained on Courtlink's

9    Website for this case.  The file transmission was reported as complete and a copy of the

10   "JusticeLink Filing Receipt" page will be maintained with the original document(s) in our office.

11       John Davidson                          Patricia L. Hurst
         Office of the Attorney General         United States Attorney's Office
12       State of California                    Northern District of California
         455 Golden Gate Ave #11000             450 Golden Gate Ave Ste 5209
13       San Francisco, CA  94102-3664          San Francisco, CA 94102
         email: john.davidson@doj.ca.gov        email: patricia.hurst@usdoj.gov
14
15       Christopher B. Sproul
         Environmental Advocates
16       5135 Anza Street
         San Francisco, CA 94121
17       email:  csproul@enviroadvocates.com

18       I declare under penalty of perjury under the laws of the State of California that the

19   foregoing is true and correct.  Executed on January 15, 2010, at San Francisco, California.

20

21

22                                        _____
                                                    /s/
23                                          Joan F. Flaherty

24

25

26

27

28