IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, THE PEOPLE OF THE STATE OF CALIFORNIA *ex rel.* CALIFORNIA STATE WATER RESOURCES CONTROL BOARD, and CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION | No. C 09-00186 RS  **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

        Plaintiffs,

  v.

EAST BAY MUNICIPAL UTILITY DISTRICT,

        Defendant.
_____/

SAN FRANCISCO BAYKEEPER and OUR CHILDREN'S EARTH FOUNDATION,

        Intervenor Plaintiffs

In light of the stipulation between the parties filed on November 20, 2012, the case management conference set for November 29, 2012, is hereby rescheduled to January 31, 2013 at 10:00 a.m. in Courtroom 3 of the above-captioned courthouse. Parties' counsel should plan to appear at the CMC and discuss the progress that has been made toward negotiating a consent decree

thus far, as well as a schedule for resolving this litigation. All litigation deadlines in this case will continue to be held in abeyance until January 31, 2013.

IT IS SO ORDERED.

Dated: 11/21/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE