1 | IGNACIA S. MORENO
Assistant Attorney General
2 | Environment and Natural Resources Division
U.S. Department of Justice
3 | PATRICIA L. HURST
Senior Counsel
4 | Environmental Enforcement Section
P.O. Box 7611
5 | Washington, D.C. 20044
(202) 307-1242 (telephone); (202) 514-2583 (facsimile)
6 | Patricia.Hurst@usdoj.gov
7 | ATTORNEYS FOR PLAINTIFF
8 | UNITED STATES OF AMERICA

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA and PEOPLE        Case No. C-09-0186-RS
13 | OF THE STATE OF CALIFORNIA *ex rel.*
CALIFORNIA STATE WATER RESOURCES
14 | CONTROL BOARD and CALIFORNIA
REGIONAL WATER QUALITY CONTROL
15 | BOARD, SAN FRANCISCO BAY REGION,

16 |                Plaintiffs,
                v.
17 |
EAST BAY MUNICIPAL UTILITY DISTRICT,        [Complaint Filed:  January 15, 2009]
18 |
                Defendant.
19 |

20 |

21 | UNITED STATES OF AMERICA and PEOPLE        Case No. C-09-5684-RS
OF THE STATE OF CALIFORNIA *ex rel.*
22 | CALIFORNIA STATE WATER RESOURCES           **STIPULATION AND [~~PROPOSED~~]
CONTROL BOARD and CALIFORNIA                ORDER CONSOLIDATING
23 | REGIONAL WATER QUALITY CONTROL             RELATED CASES**
BOARD, SAN FRANCISCO BAY REGION,
24 |
                Plaintiffs,
25 |                v.

26 | CITY OF ALAMEDA, ET AL.,
                                            [Complaint Filed:  December 3, 2009]
27 |                Defendants.

28 |

---

STIPULATION AND ORDER CONSOLIDATING RELATED CASES                                    1
C-09-0186-RS and C-09-5684-RS

Pursuant to Federal Rule of Civil Procedure 42, the parties to these two related cases, by and through their respective counsel, hereby stipulate as follows:

1.　These cases involve common questions of law and fact concerning the Clean Water Act, the State of California's Porter-Cologne Water Quality Control Act and their application to the sewer system in the wastewater service area of East Bay Municipal Utility District ("EBMUD"), the defendant in Case No. C-09-0186-RS (the "EBMUD case"). EBMUD owns and operates the wastewater treatment plant ("WWTP") near the eastern end of the Bay Bridge, as well as the interceptor pipes ("Interceptor") that transport wastewater to the WWTP and, during severe wet weather events, to three wet weather treatment facilities ("WWFs").

2.　The defendants in Case No. C-09-5684-RS (the "Satellites case") -- the cities of Alameda, Albany, Berkeley, Emeryville, Oakland and Piedmont and the Stege Sanitary District, which serves the city of El Cerrito, Kensington and portions of the City of Richmond (collectively, the "Satellites") -- own and operate the collection systems that collect wastewater and transport it to EBMUD's Interceptor.

3.　These cases concern (a) discharges from the WWFs, (b) sanitary sewer overflows ("SSOs"), and (c) how best to address both. The parties are currently in negotiations designed to achieve a consensual resolution, but regardless of whether those negotiations succeed or the issues must be resolved by litigation, the parties agree that resolution is best achieved by a coordinated Order governing both EBMUD's and the Satellites' portions of the interconnected East Bay sewer system.

4　If the cases proceeded to trial separately, that would result in an unduly burdensome duplication of labor and expense. Consolidation is likely to save judicial resources.

5.　Therefore, the parties jointly request that the Court consolidate the two actions for all purposes.

[signatures on following pages]

| Plaintiffs in Both Cases | |
|---|---|
| UNITED STATES OF AMERICA<br><br>By: _____<br>PATRICIA L. HURST<br>Senior Counsel<br>Environmental Enforcement Section<br>Environment and Natural Resources Division<br>U.S. Department of Justice | PEOPLE OF THE STATE OF CALIFORNIA<br>*ex rel.* CALIFORNIA STATE WATER<br>RESOURCES CONTROL BOARD and<br>CALIFORNIA REGIONAL WATER<br>QUALITY CONTROL BOARD, SAN<br>FRANCISCO BAY REGION<br><br>By: _____<br>DANIEL S. HARRIS<br>Deputy Attorney General of the State of<br>California |
| Defendant in EBMUD Case No. C-09-0186-RS | |
| EAST BAY MUNICIPAL UTILITY<br>DISTRICT<br><br><br><br>By: _____<br>JONATHAN D. SALMON<br>Attorney<br>Office of General Counsel<br>East Bay Municipal Utility District | |
| Defendants in Satellites Case No. C-09-5684-RS | |
| City of Alameda<br><br><br><br>By: _____<br>STEPHANIE GARRABRANT-SIERRA<br>Assistant City Attorney<br>Alameda City Attorney's Office | City of Albany<br><br><br><br>By: _____<br>KENTON L. ALM<br>Meyers, Nave, Riback, Silver & Wilson |
| City of Berkeley<br><br><br><br>By: _____<br>ZACHARY D. COWAN<br>Berkeley City Attorney | City of Emeryville<br><br><br><br>By: _____<br>MICHAEL G. BIDDLE<br>Emeryville City Attorney |

1

| Plaintiffs in Both Cases | |
|---|---|
| UNITED STATES OF AMERICA<br><br>By: _____<br>PATRICIA L. HURST<br>Senior Counsel<br>Environmental Enforcement Section<br>Environment and Natural Resources Division<br>U.S. Department of Justice | PEOPLE OF THE STATE OF CALIFORNIA<br>*ex rel.* CALIFORNIA STATE WATER<br>RESOURCES CONTROL BOARD and<br>CALIFORNIA REGIONAL WATER<br>QUALITY CONTROL BOARD, SAN<br>FRANCISCO BAY REGION<br><br><br>By: _____<br>DANIEL S. HARRIS<br>Deputy Attorney General of the State of<br>California |
| **Defendant in EBMUD Case No. C-09-0186-RS** | |
| EAST BAY MUNICIPAL UTILITY<br>DISTRICT<br><br><br><br>By: _____<br>JONATHAN D. SALMON<br>Attorney<br>Office of General Counsel<br>East Bay Municipal Utility District | |
| **Defendants in Satellites Case No. C-09-5684-RS** | |
| City of Alameda<br><br><br>By: _____<br>STEPHANIE GARRABRANT-SIERRA<br>Assistant City Attorney<br>Alameda City Attorney's Office | City of Albany<br><br><br>By: _____<br>KENTON L. ALM<br>Meyers, Nave, Riback, Silver & Wilson |
| City of Berkeley<br><br><br>By: _____<br>ZACHARY D. COWAN<br>Berkeley City Attorney | City of Emeryville<br><br><br>By: Michael Biddle /by PLH<br>MICHAEL G. BIDDLE<br>Emeryville City Attorney |

STIPULATION AND ORDER CONSOLIDATING RELATED CASES          3
C-09-0186-RS and C-09-5684-RS

| Plaintiffs in Both Cases | |
|---|---|
| UNITED STATES OF AMERICA<br><br>By: _____<br>PATRICIA L. HURST<br>Senior Counsel<br>Environmental Enforcement Section<br>Environment and Natural Resources Division<br>U.S. Department of Justice | PEOPLE OF THE STATE OF CALIFORNIA *ex rel.* CALIFORNIA STATE WATER RESOURCES CONTROL BOARD and CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION<br><br>By: _____<br>DANIEL S. HARRIS<br>Deputy Attorney General of the State of California |
| Defendant in EBMUD Case No. C-09-0186-RS | |
| EAST BAY MUNICIPAL UTILITY DISTRICT<br><br>By: _____<br>JONATHAN D. SALMON<br>Attorney<br>Office of General Counsel<br>East Bay Municipal Utility District | |
| Defendants in Satellites Case No. C-09-5684-RS | |
| City of Alameda<br><br>By: _____<br>STEPHANIE GARRABRANT-SIERRA<br>Assistant City Attorney<br>Alameda City Attorney's Office | City of Albany<br><br>By: _____<br>KENTON L. ALM<br>Meyers, Nave, Riback, Silver & Wilson |
| City of Berkeley<br><br>By: _____<br>ZACHARY D. COWAN<br>Berkeley City Attorney | City of Emeryville<br><br>By: _____<br>MICHAEL G. BIDDLE<br>Emeryville City Attorney |

| City of Oakland | City of Piedmont |
|---|---|
| By: _____<br>CELSO D. ORTIZ<br>Deputy City Attorney<br>Oakland City Attorney's Office | By: _____<br>KENTON L. ALM<br>Meyers, Nave, Riback, Silver & Wilson |
| Stege Sanitary District<br><br>By: _____<br>KENTON L. ALM<br>Meyers, Nave, Riback, Silver & Wilson | |

| Intervenors in Both Cases | |
|---|---|
| Our Children's Earth Foundation<br><br>By: _____<br>CHRISTOPHER A. SPROUL<br>Environmental Advocates | San Francisco Baykeeper<br><br>By: _____<br>JASON R. FLANDERS<br>San Francisco Baykeeper |

So Ordered.


Dated: May ___, 2013          _____

                              HONORABLE RICHARD SEEBORG
                              UNITED STATES DISTRICT JUDGE

| City of Oakland | City of Piedmont |
|---|---|
| By: _CELSO D. ORTIZ_ <br> Deputy City Attorney <br> Oakland City Attorney's Office | By: _____ <br> KENTON L. ALM <br> Meyers, Nave, Riback, Silver & Wilson |
| Stege Sanitary District | |
| By: _____ <br> KENTON L. ALM <br> Meyers, Nave, Riback, Silver & Wilson | |

| Intervenors in Both Cases | |
|---|---|
| Our Children's Earth Foundation | San Francisco Baykeeper |
| By: _____ <br> CHRISTOPHER A. SPROUL <br> Environmental Advocates | By: _____ <br> JASON R. FLANDERS <br> San Francisco Baykeeper |

So Ordered.


Dated: May ___, 2013

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER CONSOLIDATING RELATED CASES
C-09-0186-RS and C-09-5684-RS

4

| City of Oakland | City of Piedmont |
|---|---|
| By: _____<br>    CELSO D. ORTIZ<br>Deputy City Attorney<br>Oakland City Attorney's Office | By: _____<br>    KENTON L. ALM<br>Meyers, Nave, Riback, Silver & Wilson |
| Stege Sanitary District<br><br><br><br>By: _____<br>    KENTON L. ALM<br>Meyers, Nave, Riback, Silver & Wilson | |

| **Intervenors in Both Cases** | |
|---|---|
| Our Children's Earth Foundation | San Francisco Baykeeper |
| By: *Christopher A. Sproul*<br>    _____<br>    CHRISTOPHER A. SPROUL<br>Environmental Advocates | By: s/ Jason Flanders<br>    JASON R. FLANDERS<br>San Francisco Baykeeper |

So Ordered.


Dated: May _20_, 2013

_____

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

2

## PROOF OF SERVICE BY ELECTRONIC FILING/SERVICE

I, Patricia L. Hurst, declare that I am over the age of eighteen years and not a party to this

3

action. I am an employee of the United States Department of Justice and my business address is

4

601 D Street, NW, Washington DC 20004.  On May 𝑍𝑂, 2013, I served the following

5

document(s) in these related cases (Nos. C-09-0186-RS and C-09-5684-RS):

6

## STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED CASES

7

I (1) caused said document to be Electronically Filed and Served through the CourtLink

8

system to those parties on the Service List maintained on Courtlink's Website for the two cases

9

captioned above and (2) also emailed the document to the party representatives listed below.  The

10

file transmission was reported as complete and a copy of the "JusticeLink Filing Receipt" page

11

will be maintained with the original document(s) in our office.

12

13

Daniel S. Harris
Office of the Attorney General
State of California
455 Golden Gate Ave #11000
San Francisco, CA  94102-3664
email: daniel.harris@doj.ca.gov

Jonathan D. Salmon
East Bay Municipal Utility District
Office of General Counsel
PO Box 24055
Oakland, CA 94623
jsalmon@ebmud.com

14

15

16

Stephanie Garrabrant-Sierra
City Attorneys' Office
City of Alameda
2663 Santa Clara Ave
Alameda, CA 94501
sgsierra@gmail.com

Kenton L. Alm
Meyers Nave et al
555 12th St #1500
Oakland, CA 94607
kalm@meyersnave.com

17

18

19

20

Zachary D. Cowan
Ofc City Attorney
2180 Milvia St 4FL
Berkeley, CA 94704
zcowan@ci.berkeley.ca.us

Michael G. Biddle
Ofc City Attorney
1333 Park Ave
Emeryville, CA 94608
mbiddle@emeryville.org

21

22

23

Celso D. Ortiz
Ofc City Attorney
1 Frank H Ogawa Plz 10th Fl
Oakland, CA 94612
cortiz@oaklandcityattorney.org

Jason R. Flanders
San Francisco Baykeeper, Inc.
785 Market Street, Suite 850
San Francisco, California 94103
email: jason@baykeeper.org

24

25

26

Christopher B. Sproul
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
email:  csproul@enviroadvocates.com

27

28

STIPULATION AND ORDER CONSOLIDATING RELATED CASES
C-09-0186-RS and C-09-5684-RS

5

1       I declare under penalty of perjury under the laws of the District of Columbia that the

2   foregoing is true and correct.  Executed on May _10_, 2013, at Washington, DC.

3

4

5                                       _/s/ Patricia L. Hurst_
                                   PATRICIA L. HURST

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28