UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA *ex rel.* CALIFORNIA STATE WATER RESOURCES CONTROL BOARD and CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,<br><br>    Plaintiffs,<br>  v.<br><br>EAST BAY MUNICIPAL UTILITY DISTRICT,<br><br>    Defendant. | Case No. C-09-0186-RS<br><br><br><br>[Complaint Filed: January 15, 2009] |
| UNITED STATES OF AMERICA and PEOPLE OF THE STATE OF CALIFORNIA *ex rel.* CALIFORNIA STATE WATER RESOURCES CONTROL BOARD and CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION,<br><br>    Plaintiffs,<br>  v.<br><br>CITY OF ALAMEDA, ET AL.,<br><br>    Defendants. | Case No. C-09-5684-RS<br><br>[~~PROPOSED~~] ORDER<br>_____<br><br><br>[Complaint Filed: December 3, 2009] |

The Court, being sufficiently advised, upon Plaintiff United States of America's Consent Motion for Stay of Joint Case Status Report and for Continuance of October 10, 2013, Case Management Conference, filed October 1, 2013, the Court

HEREBY ORDERS AS FOLLOWS:

The October 3, 2013, deadline for submission of a Joint Case Status Report in this matter is hereby stayed until further notice, and the October 10, 2013, Case Management Conference, is continued until Department of Justice attorneys are permitted to resume their usual civil litigation functions.  Case Management Conference continued to November 7, 2013 at 10:00 a.m.

Dated: 10/2/13

_____

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE